**FILED**

08/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0399

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0399

STATE OF MONTANA,

      Plaintiff and Appellee,

vs.

PAUL DOUGLAS CREASON,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until September 30, 2024 to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 26 2024